# INDEX OF EXHIBITS

      



| | |
|---|---|
| EXHIBIT A | JUNE 18, 1996 AMENDED CONSENT ORDER AND SETTLEMENT AGREEMENT |
| EXHIBIT B | 1980 CONSENT ORDER SETTLEMENT AGREEMENT REQUIRING AGREEMENTS WITH SUBSCRIBERS SETTING UNIFORM AND PROPORTIONATE SEWER RATES |
| EXHIBIT C | DWSD EXAMINATION OF HIGHLAND PARK COMPLIANCE WITH ESCROW OBLIGATIONS UNDER AMENDED CONSENT ORDER |
| EXHIBIT D | JUNE 1983 AGREEMENT SUPERCEDED AS TO SEWER RATES BY 1996 AMENDED CONSENT ORDER |
| EXHIBIT E | AFFIDAVIT OF DAMON GARRENT OF PAYMENTS MADE BY HIGHLAND PARK IN NCOMPLIANCE WITH THE CONSENT JUDGMENT |

EXHIBIT F  MONTHLY COMPARISON CHARTS OF BILLS SENT TO SUBSCRIBERS SHOWING OVERBILLING OF HIGHLAND PARK

EXHIBIT G  AFFIDAVIT OF ELEANOR WILLIANSON OF COMPLIANCE WITH CONSENT ORDER, OVERBILLING BY GLWA