# EXHIBIT LIST

**EXHIBIT 1**                                    **Sewer Fee Increase Notices of State Appointed Emergency Financial Managers to City of Highland Park**

**EXHIBIT 2**                                    **Affidavit of Deputy Manager of Detroit Water and Sewer Department showing Breach of Contract Damages in the Honorable Judge Sean Cox Case (13-cv-14827)  with the same exact amounts but with caption marked "Account Stated" Damages in the Honorable John Murphy Case (14-001974 CK)**

**EXHIBIT 3**                                    **Affidavit of Damon Garrett City of Highland Park Engineer showing Detroit billed Highland Park $23.6 million more that the Settlement Agreement sewer rates agreed to in 1996.**