# EXHIBIT 2

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, a Michigan
municipal corporation, THE DETROIT
WATER AND SEWERAGE
DEPARTMENT, a department or
branch of the City of Detroit,                    Civil Action No.

        Plaintiffs,                             Hon.

vs.

CITY OF HIGHLAND PARK, a
Municipal corporation.

        Defendant.
_____

WILLIAMS ACOSTA, PLLC
Avery K. Williams (P34731)
Daimeon Cotton (P75563)
Attorneys for Plaintiffs
535 Griswold, Suite 1000
Detroit, MI 48226
(313) 963-3873
AWilliams@williamsacosta.com

## AFFIDAVIT OF DARRYL A. LATIMER

STATE OF MICHIGAN )
                       ) SS
COUNTY OF WAYNE )

      I, Darryl A. Latimer, being first duly sworn, deposes and states that if called as a witness herein, I could competently testify as follows:

1. I am the duly appointed Deputy Director of the Detroit Water and Sewerage Department.

2. In the course of my duties as deputy director, I am familiar with the accounts of various wholesale and retail accounts of the Detroit Water and Sewerage Department, including but not limited to, the accounts of the City of Highland Park.

3. I am particularly familiar with the wholesale water account 2-3031.300 for the City of Highland Park; the wholesale sewer account 3-1891.400 for the City of Highland Park; and the industrial waste control charge account 4-2151.400 for the City of Highland Park.

4. As set forth in the attached chart for wholesale water account 2-3031.300, Highland Park is indebted to the City in the amount of $800,487.94 with a last payment made on April 12, 2013 of $65,651.81.

5. As set forth in the attached chart for wholesale sewer account 3-1891.400 Highland Park was indebted to City in the amount of $15,815,447.37 with a last payment of $283,127.23 on August 27, 2013.

6. As set forth in the attached chart for the IWC charge rate account 4-2151.400, Highland Park was indebted to the City in the amount of $1,074,561.70 with a last payment of $10,607.14.

2

7. Highland Park made a proposal to the City in June of 2009 for these past due arrearages, which was accepted by the City on June 30, 2009.

8. Highland Park has failed to comply with any of its settlement agreements with the City of Detroit (including, but not limited to, the June 30, 2009 agreement) based upon my personal knowledge and my review of various settlement agreements and terms and conditions appended to the Complaint in this matter.

9. I am personally familiar with the facts set forth above.

10. If called upon I could testify competently to the facts set forth above.

Further affiant sayeth not.

_____
Darryl A. Latimer

Subscribed and sworn to before me
this _____ day of November 2013
_____
Notary Public, Wayne County, MI
My Commission Expires: 3-2-2018

DEBRA L RAGLAND
Notary Public - Michigan
Wayne County
My Commission Expires May 2, 2018
Acting in the County of _____

S:\DWSD - 2318\City of Highland Park - 2321\Pleadings\Affidavit of Darryl Latimer-11-22-13.doc

3

# CITY OF HIGHLAND PARK

## PAST DUE ACCOUNTS

| Acct Type | Acct # | Date of Last Bill | Last Bill Amount | Date of the Last Payment | Last Payment Amount | Balance Owed |
|---|---|---|---|---|---|---|
| Wholesale Water | 2-3031.300 | 10/25/2013 | $100,214.35 | 04/12/2013 | $ 65,651.81 | $ 805,487.94 |
| Wholesale Sewer | 3-1891.400 | 11/15/2013 | $708,881.74 | 08/27/2013 | $283,127.23 | $15,815,447.37 |
| IWC | 4-2151.400 | 11/08/2013 | $ 13,545.70 | 11/13/2009 | $ 10,607.14 | $ 1,074,561.70 |

S:\DWSD - 2318\City of Highland Park - 2321\Pleadings\Chart-11-22-13.docx

# EXHIBIT E

STATE OF MICHIGAN
IN THE WAYNE COUNTY CIRCUIT COURT

CITY OF DETROIT, a Michigan municipal
corporation, THE DETROIT WATER AND
SEWERAGE DEPARTMENT, a department
or branch of the City of Detroit,

       Plaintiffs,

vs.

CITY OF HIGHLAND PARK, a Municipal
corporation.

       Defendant.

Civil Action No.
Honorable

| WILLIAMS ACOSTA, PLLC | PERKINS LAW GROUP |
|---|---|
| Avery K. Williams (P34731) | Nikkiya T. Branch (P68844) |
| Daimeon Cotton (P75563) | Attorneys for Defendant |
| Attorneys for Plaintiffs | 614 Griswold, Suite 400 |
| 535 Griswold, Suite 1000 | Detroit, MI 48226 |
| Detroit, MI 48226 | Phone: (313) 964-1702 |
| (313) 963-3873 | Fax: (313) 964-1980 |
| AWilliams@williamsacosta.com | Nbranch@Perkinslawgroup.net |

### AFFIDAVIT OF DARRYL A. LATIMER
### ON ACCOUNT STATED

STATE OF MICHIGAN ) 
                        ) SS
COUNTY OF WAYNE )

I, Darryl A. Latimer, being first duly sworn, deposes and states that if called as a witness herein, I could competently testify as follows:

1. I am the duly appointed Deputy Director of the Detroit Water and Sewerage Department ("DWSD").

2. In the course of my duties as deputy director, I am familiar with the accounts of various wholesale and retail customers of the Detroit Water and Sewerage Department, including but not limited to, the accounts of the City of Highland Park.

3. I am particularly familiar with the wholesale water account 2-3031.300 for the City of Highland Park; the wholesale sewer account 3-1891.400 for the City of Highland Park; and the industrial waste control charge account 4-2151.400 for the City of Highland Park, under which Highland Park owes the DWSD $19,244,838.53.

4. As set forth in the attached chart for wholesale water account 2-3031.300, Highland Park is indebted to the DWSD in the amount of $1,047,218.31 with a last payment being made on April 12, 2013 of $65,651.81.

5. As set forth in the attached chart for wholesale sewer account 3-1891.400 Highland Park was indebted to the DWSD in the amount of $17,082,421.42 with a last payment of $121,225.11 being made on January 31, 2014.

6. As set forth in the attached chart for the IWC charge rate account 4-2151.400, Highland Park was indebted to the DWSD in the amount of $1,115,198.80 with a last payment of $10,607.14 being made on November 13, 2009.

7. Highland Park made a proposal to the DWSD in June of 2009 for these past due arrearages, which was accepted by the DWSD on June 30, 2009.

8. Highland Park has failed to comply with any of its settlement agreements with the City of Detroit and the DWSD (including, but not limited to, the June 30, 2009 agreement) based upon my personal knowledge and my review of various settlement agreements and terms and conditions appended to the Complaint in this matter.

9. I am personally familiar with the facts set forth above.

10. If called upon I could testify competently to the facts set forth above.

Further affiant sayeth not.

*[signature]*
Darryl A. Latimer

Subscribed and sworn to before me
this 17th day of February, 2014

*[signature]*
Notary Public Wayne County, MI
My Commission Expires: 3/7/2020

S:\DWSD - 2318\City of Highland Park - 2321\Pleadings\Affidavit of Darryl Latimer-02-03-14.doc

```
RECHANDA L WILLIS
Notary Public - Michigan
Wayne County
My Commission Expires Mar 7, 2020
Acting in the County of Wayne
```

3

City of Highland Park accounts update status

| Acct Type | Acct # | Date Of The Last Bill | Last Bill Amount | Date Of The Last Payment | Last Payment Amount | Balance Owed |
|---|---|---|---|---|---|---|
| | 2-3031.300 | January 28, 2014 | $72,984.03 | April 12, 2013 | $65,651.81 | $1,047,218.31 |
| wholesale water | 3-1891.400 | January 15, 2014 | $691,937.08 | January 31, 2014 | $121,225.11 | $17,082,421.42 |
| wholesale sewer | 4-2151.400 | February 10, 2014 | $13,545.70 | November 13, 2009 | $10,607.14 | $1,115,198.80 |
| IWC | | | | | | |