# EXHIBIT 3

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT,
a Municipal corporation,

        Plaintiff/Counter-Defendant,        Case No: 14-001974-ck

v.                                                                     Hon. John A. Murphy

CITY OF HIGHLAND PARK,
a Municipal corporation,

        Defendant/Counter-Plaintiff.

## AFFIDAVIT OF DAMON GARRETT IN SUPPORT OF DEFENDANT, CITY OF HIGHLAND PARK'S, MOTION FOR SUMMARY JUDGMENT ON ITS COUNTER COMPLAINT FOR A DECLARATORY JUDGMENT

I, Damon Garrett, P.E., hereby declare under penalty of perjury that the attached is a true and correct compilation of records of the City of Highland Park, to the best of my information and belief.

Dated: 5/5/2017

                                                                                  DAMON GARRETT



**CITY OF HIGHLAND PARK**
Return to Excellence

Office of the Water Department
Acting Director – Damon L. Garrett, PE
*Metro Consulting Associates, LLC*

**RE: COMPARISON OF ACTUAL SEWER CHARGES BY GLWA/DWSD TO SEWER CHARGES AGREED TO BE CHARGED IN 1996 CONSENT DECREE (JUDGE JOHN FEIKENS)**

| YEAR | POPULATION* | APPROXIMATE MEDIAN INCOME** | DWSD/GLWA BILLED VOLUME (KCF)*** | DWSD/ GLWA BILLED REVENUE*** | CHARGES AS % OF MEDIAN INCOME |
|---|---|---|---|---|---|
| 2016 | 10,067 | $76,998,674.00 | - | $5,617,200 | 7.3% |
| 2015 | 10,335 | $80,113,370.00 | - | $5,569,200 | 6.9% |
| 2014 | 10,615 | $82,004,539.00 | 109,927 | $6,887,428 | 8.4% |
| 2013 | 10,908 | $86,059,854.00 | 105,589 | $5,007,724 | 5.8% |
| 2012 | 11,214 | $91,483,086.00 | 103,754 | $4,840,249 | 5.3% |
| 2011 | 11,531 | $91,272,096.00 | 151,405 | $4,497,397 | 4.9% |
| 2010 | 11,776 | $101,873,610.00 | 133,898 | $3,965,206 | 3.9% |
| 2009 | 12,204 | $100,146,624.00 | 158,565 | $4,438,562 | 4.4% |
| 2008 | 12,558 | $106,887,690.00 | 200,762 | $4,363,745 | 4.1% |
| 2007 | 12,925 | $110,011,418.48 | 177,542 | $3,666,450 | 3.3% |
| 2006 | 13,305 | $113,245,796.74 | 167,026 | $3,370,616 | 3.0% |
| TOTALS | | $882,984,714.22 | 1,308,468 | $41,037,377 | 4.6% |

*Source: SEMCOG & US Census Bureau
**Source: US Census Bureau
***Source: EMMA publicly disclosed financial information. Does not include wet weather flow.

Robert B. Blackwell Municipal Building
12050 Woodward Avenue
Highland Park, MI

Case 2:17-cv-12993-SJM-DRG   ECF No. 18-5, PageID.605   Filed 11/03/17   Page 4 of 6



# CITY OF HIGHLAND PARK
Return to Excellence

**Office of the Water Department**
Acting Director – Damon L. Garrett, PE
*Metro Consulting Associates, LLC*

| YEAR | POPULATION* | APPROXIMATE MEDIAN INCOME** | WATER USAGE BASED ON POPULATION (KCF) *** | SEWER CHARGES (WATER USAGE X $22.66) | WATER CHARGES (WATER USAGE X $12.05) | TOTAL WATER & SEWER CHARGES BASED ON USAGE | CONSENT DECREE AGREED PAYMENT OF 65% FOR SEWER SERVICES AFTER AUG. 1, 1996 | CHARGES AS % OF MEDIAN INCOME |
|---|---|---|---|---|---|---|---|---|
| 2016 | 10,067 | $76,998,674.00 | 98,555.93 | $2,233,277.37 | $1,187,598.96 | $3,420,876 | $2,223,569.61 | 2.9% |
| 2015 | 10,335 | $80,113,370.00 | 101,179.65 | $2,292,730.87 | $1,219,214.78 | $3,511,945 | $2,709,489.85 | 3.4% |
| 2014 | 10,615 | $82,004,539.00 | 103,920.85 | $2,354,846.46 | $1,252,246.24 | $3,607,093 | $2,344,610.26 | 2.9% |
| 2013 | 10,908 | $86,059,854.00 | 106,789.32 | $2,419,845.99 | $1,286,811.31 | $3,706,657 | $2,409,327.24 | 2.8% |
| 2012 | 11,214 | $91,483,086.00 | 109,785.06 | $2,487,729.46 | $1,322,909.97 | $3,810,639 | $2,476,915.63 | 2.7% |
| 2011 | 11,531 | $91,272,096.00 | 112,888.49 | $2,558,053.18 | $1,360,306.30 | $3,918,359 | $2,546,933.67 | 2.8% |
| 2010 | 11,776 | $101,873,610.00 | 115,287.04 | $2,612,404.33 | $1,389,208.83 | $4,001,613 | $2,601,048.55 | 2.6% |
| 2009 | 12,204 | $100,146,624.00 | 119,477.16 | $2,707,352.45 | $1,439,699.78 | $4,147,052 | $2,695,583.95 | 2.7% |
| 2008 | 12,558 | $106,887,690.00 | 122,942.82 | $2,785,884.30 | $1,481,460.98 | $4,267,345 | $2,773,774.43 | 2.6% |
| 2007 | 12,925 | $110,011,418.48 | 126,535.75 | $2,867,300.10 | $1,524,755.79 | $4,392,056 | $2,854,836.32 | 2.6% |
| 2006 | 13,305 | $113,245,796.74 | 130,255.95 | $2,951,599.83 | $1,569,584.20 | $4,521,184 | $2,938,769.62 | 2.6% |
| TOTALS | | $1,040,096,758.22 | 1,247,618.02 | $28,271,024.34 | $15,033,797.14 | $43,304,819 | $28,574,859.13 | 2.7% |

*Source: SEMCOG & US Census Bureau

**Source: US Census Bureau

***Water usage measured at the Highland Park Treatment Facility Dec 2011 to Nov 2012 equaled 2.25 MGD. (Average usage of 9.79 KCF per person year)

Robert B. Blackwell Municipal Building
12050 Woodward Avenue
Highland Park, MI



**CITY OF HIGHLAND PARK**
Return to Excellence

**Office of the Water Department**
Acting Director – Damon L. Garrett, PE
*Metro Consulting Associates, LLC*

**RE: CHART OF GLWA/DWSD OVERCHARGES 2006-2016**

| YEAR | DWSD/GLWA BILLED REVENUE* | CONSENT DECREE AGREED PAYMENT OF 65% FOR SEWER SERVICES AFTER AUG. 1, 1996 | PAYMENTS MADE BY THE CITY OF HIGHLAND PARK | AMOUNT OF OVERCHARGE |
|---|---|---|---|---|
| 2016 | $5,617,200.00 | $2,223,569.61 | $2,560,807.84 | $3,393,630.39 |
| 2015 | $5,569,200.00 | $2,709,489.85 | $2,560,807.84 | $2,859,710.15 |
| 2014 | $6,887,428.00 | $2,344,610.26 | $2,560,807.84 | $4,542,817.74 |
| 2013 | $5,007,724.00 | $2,409,327.24 | $2,560,807.84 | $2,598,396.76 |
| 2012 | $4,840,249.00 | $2,476,915.63 | $2,560,807.84 | $2,363,333.37 |
| 2011 | $4,497,397.00 | $2,546,933.67 | $2,560,807.84 | $1,950,463.33 |
| 2010 | $3,965,206.00 | $2,601,048.55 | $2,560,807.84 | $1,364,157.45 |
| 2009 | $4,438,562.00 | $2,695,583.95 | $2,560,807.84 | $1,742,978.05 |
| 2008 | $4,363,745.00 | $2,773,774.43 | $2,560,807.84 | $1,589,970.57 |
| 2007 | $3,666,450.00 | $2,854,836.32 | $2,560,807.84 | $811,613.68 |
| 2006 | $3,370,616.00 | $2,938,769.62 | $2,560,807.84 | $431,846.38 |
| **TOTALS** | **$52,223,777.00** | **$28,574,859.13** | **$28,168,886.24** | **$23,648,917.87** |

*Source: EMMA publicly disclosed financial information

Robert B. Blackwell Municipal Building
12050 Woodward Avenue
Highland Park, MI



**CITY OF HIGHLAND PARK**
Return to Excellence

**Office of the Water Department**
Acting Director – Damon L. Garrett, PE
*Metro Consulting Associates, LLC*



Robert B. Blackwell Municipal Building
12050 Woodward Avenue
Highland Park, MI